NO. 07-03-0488-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JANUARY 13, 2004

______________________________

MIKE SMITH D/B/A COUNTY LINE ENTERPRISES

AND COUNTY LINE ENTERPRISES, INC. 

Appellant

v.

WILBERT KALBAS

Appellee

_________________________________

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 7683; HON. GORDON H. GREEN, PRESIDING

_______________________________

MEMORANDUM OPINION

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Appellant Mike Smith d/b/a County Line Enterprises and County Line Enterprises, Inc. filed a notice of appeal on November 18, 2003.  According to the pertinent district clerk, appellant did not submit a written designation for the record or pay or make arrangements to pay for the record under Texas Rule of Appellate Procedure 35.3(a)(2).
(footnote: 1)  Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1.  By letter from this Court dated December 30, 2003, we informed counsel for appellant that “unless appellant files proof with this court by January 9, 2004, that this requirement (arrangements for payment of the record) has been satisfied . . . the cause will be dismissed for want of prosecution . . . .”  
Tex. R. App. 
P. 42.3(c).  The deadline lapsed, and the proof required was not received. 

Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

                                                                

Per Curiam

 

 

FOOTNOTES
1:
The court reporter has also indicated that appellant has yet to file a written designation for the record or pay or make arrangements to pay for the record.